Case 2:21-mj-00007-KJN   Document 19   Filed 01/21/21   Page 1 of 1

FILED
January 21, 2021
CLERK, US DSITRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

REYNALDO STOCKER

    Defendant.

Case No. 2:21-mj-0007-KJN

**ORDER FOR RELEASE OF PERSON IN CUSTODY**

TO: UNITED STATES MARSHAL:

This is to authorize and direct you to release REYNALDO STOCKER Case No. 2:21-mj-0007-KJN Charges 18 USC § 922(g)(1) and 924(a)(2) from custody for the following reasons:

    \_\_\_\_\_ Release on Personal Recognizance

    \_\_\_\_\_ Bail Posted in the Sum of $ _____

    X Unsecured Appearance Bond $ 50,0000.00 co-signed by wife, Lake Stocker and Angelica Shepherd.

    \_\_\_\_\_ Appearance Bond with 10% Deposit

    \_\_\_\_\_ Appearance Bond with Surety

    \_\_\_\_\_ Corporate Surety Bail Bond

    X (Other): Defendant's released is delayed until 1/22/2021 at 9:00 AM. Defendant is to report to Pretrial Services telephonically following his release from custody. Pretrial release conditions as stated on the record in open court.

Issued at Sacramento, California on January 21, 2021 at 2:00 PM

*Kendall J. Newman*
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE